UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHAEL KING                                                Case No.: 09-19432

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2009.

2) This case was confirmed on 07/23/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/08/2010, 09/26/2011.

5) The case was converted on 07/18/2012.

6) Number of months from filing to the last payment: 37

7) Number of months case was pending: 39

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    11,852.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 21,638.32 |
| Less amount refunded to debtor | $ 528.92 |
| **NET RECEIPTS** | $ 21,109.40 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,164.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,216.86 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,380.86 |
| Attorney fees paid and disclosed by debtor | $ 336.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER U | SECURED | 22,538.00 | 22,638.28 | 22,528.00 | 14,676.88 | 2,051.66 |
| ADVANCE AMERICA | UNSECURED | 1,451.43 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 2,404.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 801.45 | 496.17 | 496.17 | .00 | .00 |
| BALLYS | UNSECURED | 662.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SP | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| DIVERSEY HEALTH CHIR | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VISHAR MEDICAL CENTE | UNSECURED | 56.00 | NA | NA | .00 | .00 |
| DAVID RAY | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| GREAT LAKES SPECIALT | UNSECURED | 831.60 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ADVOCATE HOME CARE P | UNSECURED | 4,635.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,500.00 | 3,089.52 | 3,089.52 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 664.00 | 668.17 | 668.17 | .00 | .00 |
| ST MARGARET MERCY HO | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| ONE IRON VENTURES IN | UNSECURED | 780.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 1,560.00 | 696.00 | 696.00 | .00 | .00 |
| ONE IRON VENTURES IN | UNSECURED | 780.00 | NA | NA | .00 | .00 |
| MED1 COTTAGE EMERGEN | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| QC FINANCIAL SERVICE | UNSECURED | 1,231.75 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE HEALTH CARE | UNSECURED | 500.00 | 269.09 | 269.09 | .00 | .00 |
| MED1 HEART CARE CENT | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| MED1 HEART CARE CENT | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| THE MONEY MARKET | UNSECURED | 1,644.78 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8,378.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | NA | .00 | 110.28 | .00 | .00 |
| CUSTOM COLL SERVICES | UNSECURED | NA | 170.18 | 170.18 | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | NA | 361.39 | 361.39 | .00 | .00 |
| THE MONEY MARKET | UNSECURED | 920.89 | NA | NA | .00 | .00 |
| MAE E KING | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 5,694.25 | 5,694.25 | .00 | .00 |
| MAE E KING | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 22,528.00 | 14,676.88 | 2,051.66 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 22,528.00 | 14,676.88 | 2,051.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,694.25 | .00 | .00 |
| **TOTAL PRIORITY:** | 5,694.25 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5,860.80 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,380.86 |
| Disbursements to Creditors | $ | 16,728.54 |
| **TOTAL DISBURSEMENTS:** | $ | 21,109.40 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   08/16/2012            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**